UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MYRA LOPEZ,** | ) |
| Petitioner, | ) Case No. CV 11-6927 VBF (AJW) |
| v. | ) |
| **MILLER, WARDEN,** | ) ORDER ACCEPTING REPORT AND<br>) RECOMMENDATION OF<br>) MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: 9/28/12

*Valerie Baker Fairbank*
_____
Valerie Baker Fairbank
United States District Judge