UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MYRA LOPEZ, ) Case No. CV 11-6927-VBF(AJW)
)
    Petitioner, )
)
 v. ) JUDGMENT
)
MILLER, Warden, )
)
    Respondent. )
_____)

    It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 09/28/12

*Valerie Baker Fairbanks*
_____
Valerie Baker Fairbanks
United States District Judge